UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FERNANDA ROSO FAJARDO, | Case No. 1:25-cv-1842-JDP |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY S. ROBBINS, *et al.*, | |
| Respondents. | |

Petitioner Maria Fernanda Roso Fajardo, an asylum applicant who has lived in the United States since 2023, was arrested and re-detained by Immigration and Customs Enforcement. She filed a writ of habeas corpus under 28 U.S.C. § 2241, arguing that her re-detention without a hearing violates the Fifth Amendment. ECF No. 1. Petitioner also moved for a temporary restraining order, seeking immediate release, ECF No. 2. On December 18, 2025, the court granted petitioner's motion and ordered her immediate release. ECF No. 16. Petitioner was released on December 20, 2025, and has not been re-detained. ECF No. 17.

In the same order, the court directed the parties to file a joint status report addressing the outstanding habeas petition. ECF No. 16. In their report, the parties state that "the matter has been fully briefed by Petitioner, and . . . Respondents have included all legal analysis and argument in the briefing that was responsive to the motion for a temporary restraining order." ECF No. 17 at 1. The parties jointly submit on the filings and waive a hearing. *Id.*

The court finds that petitioner is entitled to permanent injunctive relief on her procedural due process claim for the reasons set forth in the court's December 18, 2025 order. *See also Sekhon v. Warden of Golden State Annex Det. Facility*, No. 1:25-cv-1692-JDP, 2026 WL 74151, at *1 (E.D. Cal. Jan. 9, 2026). If respondents seek to re-detain petitioner, they must first provide her with written notice and a hearing before a neutral adjudicator. At any such hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have counsel present.

Accordingly, it is hereby ORDERED that:

1. The petition for writ of habeas corpus, ECF No. 1, is GRANTED.

2. Respondents are enjoined and restrained from re-detaining petitioner, absent exigent circumstances, without first providing petitioner with written notice and a pre-detention hearing before a neutral adjudicator. At any such hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have counsel present.

3. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:    January 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE